UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 04-10111-MEL |
| v. | ) |
| 1. JERMAINE ANDERSON, a/k/a "TONY," | ) |
| 2. ALRED G. RYAN and | ) |
| 3. COREY SMITH, a/k/a "BLACK" and "BLACKIE," | ) |
| Defendants. | ) |

## MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal the Indictment returned by the Grand Jury on April 8, 2004 in the above-captioned matter, as well as any related arrest warrants. In support of this motion, the government states that at least one of the defendants charged in the Indictment has been arrested.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Patrick M. Hamilton
Patrick M. Hamilton
Assistant U.S. Attorney

Dated:   April 15, 2004

*[Handwritten margin note:] 4/15/04 Allowed By the Court. By Lisa Ann Offera, Deputy Clerk to the Honorable Robert B. Collings, USMJ.*