# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JERMAINE ANDERSON

**WARRANT FOR ARREST**

To: The United States Marshal
and any Authorized United States Officer

CR-04-10111-MEL

YOU ARE HEREBY COMMANDED to arrest __JERMAINE ANDERSON__
                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ INDICTMENT  ☐ INFORMATION  ☐ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM WITH

distribution of cocaine base in a school zone, a Schedule II controlled substance, and aiding and abetting in violation of Title 21 United States Code, Sections 841(a)(1), and in violation of Title 18 United States Code, Section 2

Sheila / Marianne B. Bo...
Name of Issuing Officer

_Operations Supervisor_
Chief United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

April 8, 2004 at Boston, Massachusetts
Date and Location

Bail fixed at $ _____          BY _____

---

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT
AT _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | WARRANT EXECUTED BY USMS BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 4/15/04 | |