UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          CRIMINAL NO. – 04-CR-10111- MEL

V.

JERMAINE ANDERSON

### MOTION TO CONTINUE

Now comes the defendant, Jermaine Anderson, through his attorney, Walter H. Underhill, Esquire, and moves this Honorable Court to continue his detention hearing from today, April 22, 2004 until Monday, April 26, 2004.

In support of this motion the defendant states that his attorney suffered a serious injury to his back and has been incapacitated since Monday of this week.

The defendant agrees that the time from April 22, 2004 until April 26, 2004 be considered excludable time under the Speedy Trial Act.

Respectfully submitted,
JERMAINE ANDERSON,
By HIS Attorney,

Walter H. Underhill, Esquire
66 Long Wharf
Boston, MA
02110
TEL.# 617-523-5858

Dated:     April 22, 2004

### CERTIFICATE OF SERVICE

I, Walter H. Underhill, Esquire, hereby certify that I have served a copy of this motion upon the United States Attorney's Office by facsimile today April 22, 2004.

SIGNED: _____

DATE: _____4/22/04_____

*[Stamped: APR 22 2004]*
*[Handwritten: ALLOWED]*