# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                        CRIMINAL NO. 2004-10111-MEL

JERMAINE ANDERSON,
         Defendant.

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

COLLINGS, U.S.M.J.

Upon the allowance of the motion of the defendant, it is ORDERED that the DETENTION HEARING be, and the same hereby is, CONTINUED to *MONDAY, APRIL 26, 2004 AT 10:30 A.M. at COURTROOM 14, 5TH FLOOR*, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

                                            /s/ Robert B. Collings
                                            ROBERT B. COLLINGS
                                            United States Magistrate Judge

Date: April 22, 2004.