UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 04-10111-MEL |
| ) | |
| ) | |
| V. ) | |
| ) | |
| ) | |
| JERMAINE ANDERSON ) | |

PROPOSED ADDITIONAL TERMS AND CONDITIONS OF RELEASE

Now Comes the defendant, Jermaine Anderson, and moves that this Honorable Court release the defendant to the statutory and following additional terms and conditions of release:

1. That the defendant be released to the third party custodians:

   Anne Marie Winters (Defendant's natural mother

   Charles Winters ( Defendant's stepfather)

2. That the defendant be secured at the residence of the above third party custodians by means of electronic monitoring. The address of that residence is 16 Rockland Street, Roxbury, MA, 02119.

3. That the defendant if employed be allowed to work at his place of employment while on electronic monitoring.(The Defendant is expected to be re-employed by Triple A Moving, Brockton, MA, his former employer, in June of 2004 after his recovery from an injury which has disabled him from employment for the past several months.)

The defendant
JERMAINE ANDERSON
By his attorney

Walter H. Underhill, Esq.
66 Long Wharf
Boston, MA
02110
4th. Floor
Tel. # 617-523-5858
B.B.O. # 506300

## CERTIFICATE OF SERVICE

I, Walter H. Underhill, Esquire, hereby certify that I have served a copy of this pleading upon the United States Attorney's Office by facsimile on May 4, 2004.

SIGNED: _[signature]_

DATE: 5/4/04

## RULE 7.1 CERTIFICATION

The parties have had an opportunity to confer on this motion and the attorney for the Government, Patrick Hamilton, Esquire, opposes the motion.

SIGNED: _[signature]_

DATE: 5/4/04