# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                                CRIMINAL NO. 2004-10111-MEL

JERMAINE ANDERSON,
ALFRED G. RYAN,
COREY SMITH,
        Defendants.

## *REPORT AFTER*
## *INITIAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

      An Initial Status Conference was held on June 17, 2004; counsel for the defendants were present.

      The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

      (1)    No.

      (2)    The Government shall produce full and complete discovery

pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;* the defendant shall comply with his reciprocal obligations respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty (20) working days before trial.*

(3) No.

(4) Any non-discovery type motions shall be filed *on or before the close of business on Friday, August 6, 2004;* the Government shall file its response/opposition within the time provided in the Local Rules.

(5) *See* Order of Excludable Delay entered this date.

(6) A trial will probably be necessary as to one or more of the defendants and would take ten (10) trial days.

(7) The Final Status Conference is set for *Wednesday, August 11, 2004 at 2:15 P.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1) *See* ¶¶ (1)-(4), *supra.*

(2) It does not.

(3) None.

(4) *See* Order of Excludable Delay entered this date.

(5) Not applicable.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

June 17, 2004.