# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                              CRIMINAL NO. 2004-10111-MEL

JERMAINE ANDERSON,
ALFRED G. RYAN,
COREY SMITH,
    Defendants.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

    4/8/2004 - Indictment returned.

    4/15/2004 - Initial Appearance (Anderson, Smith)

    4/15 -26/2004 - Government Motion for Detention to completion of hearing (Smith)

    4/26/2004 - Arraignment

    4/27 - 5/24/2004 - Excluded as per L.R. 112.2(A)(2)

    5/11 - 6/1/2004 - Filing to decision on Motion #29.

6/17/2004 - Conference held.

6/18 - 8/6/2004 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of August 6, 2004, FIFTEEN (15) non-excludable days will have occurred leaving FIFTY-FIVE(55) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

June 17, 2004.