UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | Criminal No. 04-10111-MEL-ALL |
| ) | |
| ) | |
| V.  ) | |
| ) | |
| ) | |
| JERMAINE ANDERSON  ) | |
| ALFRED G. RYAN  ) | |
| COREY SMITH  ) | |

## JOINT FINAL STATUS CONFERENCE REPORT

The parties pursuant to Local Rule 116.5 (C) hereby submit for the Court's consideration this Joint Final Status Conference Report.

### DISCOVERY ISSUES NOT YET RESOLVED

The discovery of exculpatory/ Giglio as well as the disclosure of the informant has yet to be disclosed. This material , by Local Rule, is not due the defendants until twenty-one days before trial.

### ADDITIONAL DISCOVERY TO BE PROVIDED

The Government recognizes its continuing duty to provide any additional discovery as it becomes known to the Government or its agents. The Government agrees to disclose any Giglio/excupatory evidence twenty-one days before trial.

### INSANITY DEFENSE/PUBLIC AUTHORITY

The parties do not presently have any intent to assert the defense of insanity or of public authority.

### NOTICE OF ALIBI

The parties do not presently intend to assert an alibi defense in their case.

### MOTIONS TO SEVER/ DISMISS /SUPPRESS

The parties request a filing date for the purposes of filing any motions to sever, dismiss or suppress. The defendant's reserve the right to file a motion for the early disclosure of the informant's identity.

## ADDITIONAL SCHEDULING OTHER THAN TRIAL

The parties will need a hearing date scheduled for hearings on any motions to sever, dismiss or suppress.

## DISCUSSIONS AS TO EARLY RESOLUTION OF CASE

At this point trial of these cases is anticipated.

## EXCLUDABLE DELAY UNDER THE SPEED TRIAL ACT

Every day has been excluded under the Speedy Trial Act by agreement of the parties.

## ESTIMATED LENGTH OF TRIAL

The estimated length of trail is two to three weeks.

**GERMAINE ANDERSON**
By his attorney,

s/ *Walter H. Underhill*
_____
**Walter H. Underhill**
Law Office of Walter H. Underhill
66 Long Wharf
4th Floor
Boston, MA 02110
617-523-5858
Fax : 617-523-7834

**COREY SMITH**
By his attorney,
s/ *Michael C. Bourbeau*
_____
**Michael C. Bourbeau**
Bourbeau and Bonilla
21 Union Street
Boston, MA 02108
617-722-9292
Fax : 617-722-9499

**ALFRED G. RYAN**
By his attorney,

_____
**John A. Amabile**
Amabile & Burkly, P.C.
380 Pleasant Street
Brockton, MA 02401
617-559-6966
Fax : 508-559-7954

**UNITED STATES OF AMERICA**
By its attorney,

_____
**Patrick M. Hamilton**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3251
Fax : 617-748-3965

**CERTIFICATE OF SERVICE**

I , Walter H. Underhill, Esquire, hereby certify that I have served a copy of this pleading upon the United States Attorney's Office by facsimile on September 16, 2004.
SIGNED:_s/ *Walter Underhill*