# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                        CRIMINAL NO. 2004-10111-MEL

JERMAINE ANDERSON,
ALFRED G. RYAN,
COREY SMITH,
        Defendants.

## FURTHER ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

8/4 - 9/17/2004 - Filing to decision on Motion #34.

9/17/2004 - Conference held.

9/18 - 10/8/2004 -    Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of October 8, 2004, FIFTEEN (15) non-excludable days have occurred leaving FIFTY-FIVE (55) days left to commence trial so as to be

within the seventy-day period for trial set by statute.

September 17, 2004.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge