# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                    CRIMINAL NO. 2004-10111-MEL

JERMAINE ANDERSON,
ALFRED G. RYAN,
COREY SMITH,
        Defendants.

## *ORDER AND RECOMMENDATION AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C)*

COLLINGS, U.S.M.J.

A Final Status Conference was held on September 17, 2004.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

(1)    None.

(2) No.

(3) No.

(4) The defendants will not offer a defense of alibi.

(5) The defendants have been granted until the close of business *on Friday, October 8, 2004* to file any motions to dismiss, suppress, or sever.  NO ENLARGEMENTS OF TIME SHALL BE GRANTED. The Government's response is due within the time provided in the Local Rules.

(6) *An Initial Pretrial Conference should be set on or after October 25, 2004.*

(7) The case will have to be tried; trial will last fifteen days.

(8) *See* Further Order of Excludable Delay (#21) entered this date,

(9) Fifteen days.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1) Yes.

(2) Yes; no reason for the case to remain with the magistrate judge.

(3) *See* ¶ (5), *supra.*

(4) *See* ¶ (8), *supra.*

(5) Fifteen days.

(6) None.

I RECOMMEND that the Court set the case down for an Initial Pretrial

Conference pursuant to Local Rule 117.1 *ON OR AFTER OCTOBER 25, 2004* to hear any then-pending motions and to set a trial date.

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE LASKER'S SESSION.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

September 17, 2004.