UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 04-10111-MEL |
| | ) |
| v. | ) VIOLATIONS: |
| | ) 21 U.S.C. § 841(a)(1) -- |
| 1.   JERMAINE ANDERSON, | )     Distribution of Cocaine |
|      a/k/a "TONY," | )     Base |
| | ) |
| 2.   ALRED G. RYAN and | ) 21 U.S.C. § 846 -- |
| | )     Conspiracy to Distribute |
| 3.   COREY SMITH, | )     Cocaine Base |
|      a/k/a "BLACK" and | ) |
|      "BLACKIE," | ) 21 U.S.C. § 860(a) -  School |
| | )     Zone Violation |
|      Defendants. | ) |
| | ) 18 U.S.C. § 2 -- |
| | )     Aiding and Abetting |

SUPERSEDING INDICTMENT

COUNT ONE:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
             Base; 21 U.S.C. § 860(a) -- School Zone Violation)

The Grand Jury charges that:

On or about October 2, 2003, at Boston, in the District of Massachusetts,

1.   JERMAINE ANDERSON, a/k/a "TONY,"

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a).

<u>COUNT TWO</u>:	(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about October 2, 2003, at Boston, in the District of Massachusetts,

    1.    **JERMAINE ANDERSON, a/k/a "TONY"** and
    3.    **COREY SMITH, a/k/a "BLACK" and "BLACKIE",**

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

<u>COUNT THREE</u>:    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- School Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about October 7, 2003, at Boston, in the District of Massachusetts,

1.   JERMAINE ANDERSON, a/k/a "TONY" and
3.   COREY SMITH, a/k/a "BLACK" and "BLACKIE",

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States Code, Section 2.

<u>COUNT FOUR</u>:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- School Zone Violation)

The Grand Jury further charges that:

On or about October 9, 2003, at Boston, in the District of Massachusetts,

    3.    **COREY SMITH, a/k/a "BLACK" and "BLACKIE,"** defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a).

<u>COUNT FIVE</u>:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
            Base; 21 U.S.C. § 860(a) -- School Zone Violation)

The Grand Jury further charges that:

On or about October 9, 2003, at Boston, in the District of Massachusetts,

    1.    **JERMAINE ANDERSON, a/k/a "TONY"**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a).

<u>COUNT SIX</u>:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- School Zone Violation)

The Grand Jury further charges that:

On or about November 6, 2003, at Boston, in the District of Massachusetts,

    1.    **JERMAINE ANDERSON, a/k/a "TONY,"**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a).

<u>COUNT SEVEN</u>:    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- School Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about November 19, 2003, at Boston, in the District of Massachusetts,

    1.    JERMAINE ANDERSON, a/k/a "TONY" and
    3.    COREY SMITH, a/k/a "BLACK" and "BLACKIE",

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States Code, Section 2.

**COUNT EIGHT:**    (21 U.S.C. § 846 -- Conspiracy to Distribute Cocaine Base)

The Grand Jury further charges that:

Beginning at least on or about November 20, 2003, and continuing through at least on or about November 22, 2003, at Boston, in the District of Massachusetts,

>    2.    FRED G. RYAN and
> 3.    COREY SMITH, a/k/a "BLACK" and "BLACKIE,"

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other to possess with intent to distribute, and to distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the aforesaid offense involved five grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as "crack." Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) is applicable to this offense.

All in violation of Title 21, United States Code, Section 846.

<u>COUNT NINE</u>:    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation)

The Grand Jury further charges that:

On or about November 20, 2003, at Boston, in the District of Massachusetts,

    3.    **COREY SMITH, a/k/a "BLACK" and "BLACKIE,"**

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a).

<u>COUNT TEN</u>:     (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- School Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about November 22, 2003, at Boston, in the District of Massachusetts,

    2.  **ALFRED G. RYAN and**
  3.  **COREY SMITH, a/k/a "BLACK" and "BLACKIE,"**

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States Code, Section 2.

**Notice Of Additional Factors**

The Grand Jury further charges that:

1.  Defendant Jermaine Anderson, a/k/a "Tony," is responsible for at least 5, but less than 20, grams of cocaine base, also known as "crack" cocaine. Accordingly, U.S.S.G. § 2D1.1(c)(7) applies to this defendant.

2.  In connection with Counts Eight and Ten, and relevant conduct as described in U.S.S.G. § 1B1.3, defendant Alfred G. Ryan is responsible for at least 5, but less than 20, grams of cocaine base, also known as "crack" cocaine. Accordingly, U.S.S.G. § 2D1.1(c)(7) applies to this defendant.

3.  Defendant Corey Smith, a/k/a "Black" and "Blackie," is responsible for at least 5, but less than 20, grams of cocaine base, also known as "crack" cocaine. Accordingly, U.S.S.G. § 2D1.1(c)(7) applies to this defendant.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS: October 28, 2004

Returned into the District Court by the Grand Jurors and filed.


_____
DEPUTY CLERK

12

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. __II__   Investigating Agency __DEA__

City __Boston__   Related Case Information:

County __Suffolk__   Superseding Ind./ Inf. __X__   Case No. __04-10111-MEL__
Same Defendant __X__   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Jermaine Anderson__   Juvenile:  ☐ Yes  ■ No

Alias Name __Tony__

Address __16 Rockland Street, Roxbury, MA__

Birthdate: __1982__   SS # __-7756__   Sex: __Male__   Race: __African-American__   Nationalit __US__

**Defense Counsel if known:**   __Walter Underhill__   Address __66 Long Wharf__

Bar Number _____   __Boston, MA 02110__

**U.S. Attorney Information:**

AUSA __Patrick M. Hamilton__   Bar Number if applicable _____

Interpreter:   Yes   X No   List language and/or dialect: _____

**Matter to be SEALED:**   X Yes   No

Warrant Requested   ☐ Regular Process   X In Custody

**Location Status:**

Arrest Date __April 15, 2004__

X Already in Federal Custody as of __April 15, 2004__ in __Plymouth__
☐ Already in State Custody   Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ——   ☐ Misdemeanor ——   X Felony  6

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __October 28, 2004__   Signature of AUSA: _Patrick M. Hamilton_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jermaine Anderson

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and 860 | Distribution of cocaine base in a school zone | 1, 2, 3, 5, 6 & 7 |
| Set 2 | 18 U.S.C. § 2 | Aiding and abetting | 2, 3 and 7 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js45.

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  **Category No.** II   **Investigating Agency** DEA

**City** Boston   **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf.   X   Case No. 04-10111-MEL
Same Defendant   X   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Alfred G. Ryan   Juvenile:   ☐ Yes   ■ No

Alias Name

Address   25 Perrin Street, #1, Roxbury, MA

Birthdate: 1973   SS # -0573   Sex: Male   Race: African-American   Nationalit US

**Defense Counsel if known:**   John Amabile   Address 197 Portland Street

Bar Number _____   Boston, MA 02114

**U.S. Attorney Information:**

AUSA   Patrick M. Hamilton   Bar Number if applicable _____

**Interpreter:**   Yes   X No   List language and/or dialect: _____

**Matter to be SEALED:**   Yes   X No

   Warrant Requested   ☐ Regular Process   X In Custody

**Location Status:**

Arrest Date _____

X  Already in Federal Custody as of   4/21/04   in   Plymouth
   Already in State Custody   Serving Sentence   Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ——   ☐ Misdemeanor ——   X Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   October 28, 2004   Signature of AUSA: _____
                                                Patrick M. Hamilton

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Alfred G. Ryan

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute cocaine base | 8 |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and and 860 | Distribution of cocaine base in a school zone | 10 |
| Set 3 | 18 U.S.C. § 2 | Aiding and abetting | 10 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

js45

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**  Category No. __II__   Investigating Agency __DEA__

**City**  __Boston__   **Related Case Information:**

**County**  __Suffolk__   Superseding Ind./ Inf.  __X__   Case No. __04-10111-MEL__
  Same Defendant __X__   New Defendant _____
  Magistrate Judge Case Number _____
  Search Warrant Case Number _____
  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Corey Smith__   Juvenile:  ☐ Yes  ■ No

Alias Name __Black and Blackie__

Address __81 Moreland Street, #2, Roxbury, MA__

Birthdate: __1982__   SS # __- 6642__   Sex: __Male__   Race: __African-American__   Nationalit __US__

**Defense Counsel if known:**  __Michael Bourbeau__   Address __77 Central Street, 2nd Floor__

Bar Number  _____   __Boston, MA 02109__

**U.S. Attorney Information:**

AUSA __Patrick M. Hamilton__   Bar Number if applicable _____

**Interpreter:**   Yes   X No   List language and/or dialect: _____

**Matter to be SEALED:**   Yes   X No

  Warrant Requested   X Regular Process   In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody   Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by: __USMJ Collings__   on __4/26/04 to Spectrum House__

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   X Felony 8

Continue on Page 2 for Entry of U.S.C. Citations

☐  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  October 28, 2004   Signature of AUSA: _/s/ Patrick M. Hamilton_
  Patrick M. Hamilton

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):  _____

**Name of Defendant**     Corey Smith

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and 860 | Distribution of cocaine base in a school zone | 2, 3, 4, 5, 7 & 10 |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and 860 | Distribution of cocaine base in a playground zone | 9 |
| Set 3 | 21 U.S.C. § 846 | Conspiracy to distribute cocaine base | 8 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  _____

js45.