Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA   02360

United States District Court for
the District of Massachusetts
U.S. Courthouse
One Courthouse Way
Boston, MA   02110

RE:   United States of America v. Jermaine D Anderson
NO:

Dear Sir/Madam:

Enclosed for action, filing and docketing regarding the above-referenced matter, please find MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY.

Kindly mark this motion up for hearing at your earliest convenience.

Very truly yours,

Jermaine D Anderson
, Pro Se

Enclosure
cc:   U.S. Attorney

UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) DOCKET NO. 04-10111 - MEL
)
Jermaine D Anderson )
)ss

### MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY

   NOW COMES the Defendant, Jermaine Anderson, in the above matter, and moves this Honorable Court to dismiss my appointed attorney and to appoint a new attorney to represent my interests.

   The reasons that I make this request are:

   (✓)   Disagreement on strategy;

   (✓)   Failure to obtain a bail appeal;

   (✓)   Lack of understanding between me and my attorney;

   (✓)   Failure to present my best interests;

   (✓)   Other:

   _____
   _____
   _____
   _____
   _____

                                          Respectfully submitted,

                                          Jermaine Anderson
                                                         , Pro Se
                                          26 Long Pond Road
   Dated:                                 Plymouth, MA  02360