UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA           CRIMINAL NO. – 04-CR-10111- MEL

V.

JERMAINE ANDERSON

## MOTIONS AND ORDER FOR PROTECTIVE ORDER

The defendant, Jermaine Anderson, hereby through his counsel moves that this Honorable Court issue his defense counsel a protective order from the Boston Municipal Court for Monday, March 14, 2005.

In support of this motion the defendant's counsel states that he is scheduled to appear for trial on that date in the case of Commonwealth v. John Mackie, Docket #0408 CR 001254. The Court has ordered that the sentencing of the defendant, Jermaine Anderson be rescheduled from March 9, 2005 to 11:00 AM on March 14, 2005.

The defendant,
JERMAINE ANDERSON
By his attorney,


'/s/Walter H. Underhill, Esquire'
Walter H. Underhill, Esq.
66 Long Wharf
Boston, MA
02110
4th. Floor
Tel. # 617-523-5858
B.B.O. # 506300

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**          **CRIMINAL NO. – 04-CR-10111- MEL**

      **V.**

**JERMAINE ANDERSON**

**PROTECTIVE ORDER**

     I, United States District Court Judge, Morris E. Lasker, hereby order that the defendant's attorney, Walter H. Underhill, Esquire, appear in the United States District Court For The District Of Massachusetts in the above entitled matter on March 14 , 2005 for proceedings in the above entitled matter and that he be protected from appearing in any other court until this matter is concluded.

SIGNED: _____
                United States District Court Judge Morris E. Lasker

DATE: _____