UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          CRIMINAL NO. – 04-CR-10111- MEL

V.

JERMAINE ANDERSON

**PROTECTIVE ORDER**

    I, United States District Court Judge, Morris E. Lasker, hereby order that the defendant's attorney, Walter H. Underhill, Esquire, appear in the United States District Court For The District Of Massachusetts in the above entitled matter on March 14 , 2005 for proceedings in the above entitled matter and that he be protected from appearing in any other court until this matter is concluded.

SIGNED: _____
United States District Court Judge Morris E. Lasker

DATE: _____03/11/05_____